UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE SCHISANO,<br><br>         Plaintiff,<br>v.<br><br>PRESSLER & PRESSLER, LLP<br><br>         Defendant. | Case No.: 2:14-cv-00552-BRO-JC<br><br>**NOTICE OF SETTLEMENT**<br>**REQUEST FOR DISMISSAL** |

COMES NOW Plaintiff DENISE SCHISANO, by and through her attorney of record, David P. Force, hereby notifies the Court that the parties have reached a settlement.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has failed to serve an answer, motion for summary judgment, or otherwise appear in the above captioned action, Plaintiff requests this Court grant a dismissal with prejudice.


Date:  June 19, 2014                By:   /s David P. Force, Esq.
                                           Attorney for Plaintiff
                                           Bar ID No.:005802009
                                           Law Offices of Michael Lupolover, P.C.
                                           180 Sylvan Avenue, 2nd Floor
       `                                   Englewood Cliffs, NJ 07632
                                           Phone: (201) 461-0059
                                           Facsimile: (201) 608-7116
                                           Email: david@lupoloverlaw.com

-1-